UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: <br> CASTLE HOME BUILDERS, INC., ET AL. <br><br><br> Debtor(s) | BK No.: 11-19428 <br> (Jointly Administered) <br> Chapter: 11 <br> Honorable Jacqueline Cox |

**ORDER GRANTING DEBTOR'S MOTION FOR FINAL DECREE**

This Cause coming on to be heard upon the Debtor's Motion for Final Decree, and the Court being fully advised in the premises, it is hereby ordered:

1. The Debtor's Motion for Final Decree is granted, and the jointly administered proceedings are hereby closed, Case Numbers 11-19428 and 11-19484.

2. This Court retains subject matter jurisdiction over all matters that would be within its subject matter jurisdiction if the proceedings were not hereby closed.

Enter:

Dated: 3/12/15

United States Bankruptcy Judge

**Prepared by:**
SCHUYLER, ROCHE & CRISHAM, P.C.
Stephen J. Brown, ARDC #6257366
Michael J. Faley, ARDC #6277443
Attorneys for Reorganized Debtors
180 N. Stetson Avenue, Suite 3700
Chicago, Illinois 60601
Tel: (312) 565-2400 / Fax: (312) 565-8300
Attorney No. 47074

Rev: 20130104_bko